IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF THE UNITED UNION OF ROOFERS AND WATERPROOFERS ALLIED WORKERS' LOCAL 112 MONEY PURCHASE PENSION PLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CR PARTNERS, LTD,<br><br>    Defendants. | NO. 07-3053 |

## OPINION

RICHARD MILLS, U.S. District Judge:

In a prior order, this Court awarded the Plan damages of $55,968.58 (delinquent contributions), along with liquidated damages of $5,596.86. The Plan also requested attorney's fees, costs, audit costs, and interest. Although the Plan was entitled to such relief, this Court requested further documentation to establish the exact amounts due.

Thorough and complete documentation has now been provided.

Further, no objections have been filed. As such, this Court GRANTS the Plan's motion [d/e 28] for attorney's fees, costs, and interest.

Based on this order, as well as this Court's prior Opinion [d/e 27], the clerk is directed to enter judgment in favor of the Plaintiff in the following amounts: $55,968.58 for delinquent contributions; $5,596.86 in liquidated damages; $10,220.98 in interest; $865.00 in audit costs; $542.50 in costs; and $19,843.75 in attorney's fees.

IT IS SO ORDERED.

ENTERED: July 30, 2009

FOR THE COURT: /s Judge Richard Mills
United States District Judge